**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**BEATA SIEMIONKOWICZ,**

**Petitioner,**

**v.**

**JAMES A. DALEY, *et al.*,**

**Respondents.**

**CASE NO. 2:26-CV-375-KKC**

**ORDER**

This matter is before the Court on Petitioner Beata Siemionkowicz's Motion for Leave to File Status Report. (R. 13). Petitioner moves to file a status report regarding her detention at the Campbell County Detention Center. (R. 13).

The Court hereby ORDERS that the motion is DENIED as moot. The status report is filed in the record. (R. 13-2). The Court has already granted Petitioner the relief requested in her petition (R. 14). She does not seek any further relief in the status report. Accordingly, the Court has resolved all matters raised in this action and will order that it be STRICKEN from the Court's active docket.

November 3, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**