**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION AT COVINGTON**

**BEATA SIEMIONKOWICZ,**

**Petitioner,**

**v.**

**JAMES A. DALEY, *et al.*,**

**Respondents.**

**CASE NO. 2:26-CV-375-KKC**

**JUDGMENT**

In accordance with the Opinion and Order entered on November 3, 2026, the Court hereby **ORDERS** and **ADJUDGES**:

(1) Beata Siemionkowicz's Petition for Writ of Habeas Corpus (R. 1) is **GRANTED**;

(2) Respondents **SHALL** provide Siemionkowicz with an individualized bond hearing within seven (7) days of entry of the Order. The Government must demonstrate by clear and convincing evidence that Siemionkowicz's continued detention is necessary;

(3) Respondents **SHALL FILE** a Status Report with this Court on or before November 17, 2026, to certify compliance with this order. The Status Report **SHALL** include when the bond hearing occurred, whether bond was granted or denied, and if denied, the reasons for that denial;

(4) This matter is **STRICKEN** from the Court's active docket; and

(5) This Judgment is **FINAL AND APPEALABLE**.

November 3, 2026.

**Signed By:**
***Karen K. Caldwell***
**United States District Judge**